AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

APR 1 0 2015

, Clerk of Court

| | |
|---|---|
| United States of America<br>v.<br>Melissa LLAMAS-Rivier<br>YOB: 1984<br>COB: Mexico<br>*Defendant(s)* | )<br>)<br>) Case No. M-15-0550-M<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __April 8, 2015__ in the county of __Hidalgo__ in the __Southern__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. § 1324(a)(1)(A)(iii) | Knowing and in reckless disregard of the fact that Elvia Ortega-Nava, a citizen of Mexico, who was an alien who had come to, entered and remained in the United States in violation of law; conceals, harbors, or shields from detection, or attempts to conceal, harbor, or shield from detection, such alien in any place, including any building or any means of transportation; to wit a residence in La Joya, Texas. |

This criminal complaint is based on these facts:

SEE ATTACHMENT "A"

✓ Continued on the attached sheet.

Approved to file Kimberly Ann Leo
AUSA

Sworn to before me and signed in my presence.

Date: 4/10/2015

City and state: McAllen, Texas

*Complainant's signature*

Ryan Serge, HSI Special Agent
*Printed name and title*

*Judge's signature*

Dorina Ramos, U.S. Magistrate Judge
*Printed name and title*

ATTACHMENT "A"

On April 8, 2015, at approximately 10:30 PM, Hidalgo County Sheriff's Office (HCSO) requested assistance from Office of Border Patrol (OBP) McAllen in conducting a welfare check on the residence located at 17418 Date Palm Drive, La Joya, Texas. HCSO had received information that an individual was possibly being held against her will.

On this date, at approximately 11:40 PM, HCSO officers and OBP agents conducted a welfare check on the aforementioned residence. The welfare check resulted in the apprehension of undocumented aliens (UDAs) Melissa LLAMAS-Rivier, the owner of the residence, and Elvia Ortega-Nava. LLAMAS and Ortega were transported to OBP McAllen for further interview and processing.

On April 9, 2015, Homeland Security Investigations (HSI) McAllen special agents (SAs) received a request for assistance from OBP McAllen regarding this case. HSI SAs conducted an interview of LLAMAS. In a post-Miranda statement, LLAMAS stated that she has lived in the United States since 2002. LLAMAS stated that she lived with her husband but they haven't been together since his arrest in October 2014 for smuggling UDAs.

LLAMAS stated that another smuggler, whom she knows as "REYSIO" brought Ortega to LLAMAS' residence last Tuesday (March 31, 2015). LLAMAS stated that REYSIO asked if Ortega could stay at LLAMAS' house. LLAMAS agreed to let Ortega stay. LLAMAS stated that REYSIO said he would come to pick Ortega up later. LLAMAS stated that she fed Ortega morning, noon, and night. LLAMAS stated that she knew Ortega was an undocumented alien.

LLAMAS stated that it is common knowledge that REYSIO brings UDAs from Mexico. LLAMAS stated that she knows REYSIO through LLAMAS' husband. LLAMAS stated that Ortega's family paid REYSIO $1,000. LLAMAS stated that once Ortega arrived at her destination of San Antonio, Texas, Ortega was supposed to pay the remaining amount of her smuggling debt. LLAMAS stated that Ortega didn't have any money to get to San Antonio. LLAMAS stated that she told Ortega that she could tell her family that she can stay here with LLAMAS.